In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00096-CR


______________________________




CLIFFORD WILLIAM GRAHAM, Appellant


 

V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 188th Judicial District Court


Gregg County, Texas


Trial Court No. 28748-A




 




Before Morriss, C.J., Ross and Grant,* JJ.


Memorandum Opinion by Justice Grant


Concurring Opinion by Justice Ross



___________________

*Ben Z. Grant, Justice, Retired, Sitting By Assignment

MEMORANDUM OPINION



 Clifford William Graham was convicted in a single trial, on his plea of guilty, of two charges
of arson. This appeal concerns his second conviction for arson. The causes have been appealed
separately and have been briefed together. 

 Because the contentions raised are identical in both appeals, for the reasons stated in Graham
v. State, No. 06-02-00095-CR, we likewise resolve the issues in this appeal in favor of the State.

 The judgment of the trial court is affirmed.



 Ben Z. Grant

 Justice*


*Justice, Retired, Sitting by Assignment



CONCURRING OPINION


 For the reasons stated in the concurrence to the majority opinion in cause number
06-02-00095-CR, I concur in this opinion.


 Donald R. Ross

 Justice


Date Submitted: October 1, 2002

Date Decided: January 10, 2003


Do Not Publish



60;                             Josh R. Morriss, III
                                                                                    Chief Justice

Date Submitted:          April 4, 2005
Date Decided:             April 5, 2005

Do Not Publish